AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## District of Vermont

RHONDA LENAIR, Trustee of
the Lisa Trust

    Plaintiff,

    v.

WAYNE GAUTHIER, and
LOIS GAUTHIER,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 1:03-CV-299

**X**   **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Verdict Form (Doc. No. 90) dated December 15, 2006, total damages awarded for Plaintiff Rhonda Lenair is Thirty-Six Thousand Five Hundred Dollars ($36,500). JUDGMENT is hereby entered for Plaintiff Rhonda Lenair against Defendants Wayne Gauthier and Lois Gauthier in the amount of Thirty-Six Thousand Five Hundred Dollars ($36,500).

The effective post-judgment interest rate is: 4.90 percent.

Date: December 15, 2006

RICHARD PAUL WASKO
Clerk

_(signature)_
(By) Deputy Clerk

Judgment entered on docket
12-15-2006